Entered: November 21st, 2024
Signed: November 20th, 2024

**SO ORDERED**

No opposition filed.



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | ) | |
| MICHAEL EDWARD NAIL | ) | |
| MARJORIE SCOVEL NAIL, | ) | Case No. 24-11625-MCR |
| | ) | (Chapter 13) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MICHAEL NAIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. No.:  24-00070 |
| | ) | |
| U.S. DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER GRANTING EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S**
**<u>MOTION TO INTERVENE AS PARTY DEFENDANT</u>**

UPON CONSIDERATION of *Educational Credit Management Corporation's Motion to Intervene as Party Defendant* (the "*Motion*"), any opposition thereto, and having determined that good cause exists for the relief requested, it is hereby

**ORDERED**, that the *Motion* shall be and is hereby **GRANTED**; and it is further

**ORDERED**, that Educational Credit Management Corporation shall be and is hereby joined to this adversary proceeding as a party Defendant; and it is further

**ORDERED** that Educational Credit Management Corporation shall be and is hereby granted leave to file a response to Plaintiff's *Second Amended Complaint* within 14 days of entry of this Order, or within the time period set forth in the *Summons*, whichever is longer.

**END OF ORDER**

Copies to:

Frank J. Mastro, Esq.
William E. Sherwood, Esq.
U.S. Department of Education
All parties requesting notice